IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLEAND LEE BROCK JR.
ADC# 134926                                                                      PLAINTIFF

v.                                    No. 4:12-cv-1-DPM

RAYMOND MUDGETT, Patrol
Officer, Conway Police Department                                    DEFENDANT

ORDER

Brock says that he complied with the Court's January 5th Order to file an amended complaint because he "wrote back stating what constitutional rights" Mudgett allegedly violated. *Document No. 8, at 1.* The Court can find no record of getting this paper from Brock. There is no docket entry dated 3 February 2012. The Court directs Brock to resend a copy of his letter—showing the 3 February 2012 file mark he describes—to the Clerk for filing again. He should file his letter/amended complaint again by 20 April 2012. The Court will then take up Brock's motion to reconsider dismissal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2012