IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLEAND LEE BROCK JR.**
**ADC# 134926**                                                                          **PLAINTIFF**

v.                               No. 4:12-cv-1-DPM

**RAYMOND MUDGETT, Patrol**
**Officer, Conway Police Department**                                  **DEFENDANT**

ORDER

Pursuant to the Court's March 28th Order, Brock filed his notice to the Court. *Document No. 11.* The notice provides little information beyond what was already contained in Brock's insufficient complaint. The Court therefore denies Brock's motion to reconsider dismissal, *Document No. 8.* Because Brock failed to cure the defects in his complaint, the Court's Judgment dismissing the complaint without prejudice, *Document No. 6*, stands.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2012